**DORSEY**™
always ahead

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/6/2021__

**DANIEL P. GOLDBERGER**
Partner
(212) 415-9365
goldberger.dan@dorsey.com

January 4, 2021

**VIA ECF**

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Carl Zeiss Meditec, Inc. v. Insight Photonic Solutions, Inc.*
    Case No. 7:20-cv-7667 (NSR)

Dear Judge Román:

We represent Plaintiff Carl Zeiss Meditec, Inc. ("Zeiss") in the above-referenced matter and write on behalf of both parties. We write to respectfully request that the Court lift the stay effected by the parties' so-ordered Stipulation (Dkt. No. 18). The parties were unable to resolve their dispute within the Stay Period (as defined in the Stipulation) and, while the parties continue to work to resolve their dispute, intend to resume the lawsuit per the terms of the Stipulation.

The parties ask that the stay be lifted as of January 6, 2021 and, consistent with paragraph 3 of the Stipulation, Insight shall have 7 days to amend its Answer as a matter of right up until January 13, 2021, to the extent it elects to do so.

Respectfully submitted,

*/s/ Daniel P. Goldberger*

Daniel P. Goldberger

cc:   All Counsel of Record (via email)

**MEMO ENDORSED**

The parties' request to lift the stay as of January 6, 2021 is GRANTED. Defendant may amend its answer on or before January 13, 2021.

Dated: January 6, 2021
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE