UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CARL ZEISS MEDITEC, INC.,

                              Plaintiff(s),                    **ADJOURNMENT ORDER**

          - against -
                                                               20 Civ. 7667 (NSR)

INSIGHT PHOTONICS SOLUTIONS, INC.,

                              Defendant(s).
----------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

       In light of Defendant Insight Photonics Solutions, Inc.'s filing a Notice

of Bankruptcy for Chapter 11 relief in the U.S. Bankruptcy Court for the

District of Colorado, the above case previously scheduled for a telephonic

Status Conference on June 14, 2024 before the United States District Judge

Nelson S. Román, **is hereby adjourned *sine die*** pending resolution of

Defendant's bankruptcy.

       Counsel are directed to provide the Court with a written status update

of the bankruptcy on or before September 12, 2024.

                                              SO ORDERED.

Dated:     White Plains, NY
           June 12, 2024

                                              _____
USDC SDNY                                     Hon. Nelson S. Román, U.S.D.J.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _06/12/2024_